26834. GOETTE *v.* BESSANT *et al.*

MACINTYRE, J. This case is controlled by the ruling made in *Dillon* v. *Bessant.* The judge erred in overruling the demurrer to the petition.

*Judgment reversed. Broyles, C. J., and Guerry, J., concur.*

DECIDED NOVEMBER 21, 1938.

*Gazan, Walsh & Bernstein,* for plaintiff in error.

*Oliver & Oliver, E. J. Goodwin, W. G. Warnell, William H. Boyd,* and *John J. Hennessy,* contra.